UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-60843-JAL

FILED by _____ D.C.

AUG 31 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

EDWARD CRESPO,

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,
A Kansas corporation,

    Defendant,
_____/

## NOTICE TO THE COURT THAT PLAINTIFF'S AC PRIVILEGED EMAIL IS NOW PUBLIC RECORD WITH ATTACHED VERIFICATION

Plaintiff Edward Crespo, in *pro per*, hereby files this Notice to the Court and states as follows:

It should be noted at the outset that Plaintiff does <u>not</u> challenge or dispute the Court's ruling **GRANTING** [62] Midland's Motion To Seal ECF Nos. 48-1 and 60-1. Neither should this filing be mistaken as a Motion subject to Local Rule 7.1. This Notice is for informational purposes only.

That being said, Plaintiff wishes to inform the Court that sealing those entries on the CM/ECF filing system, will <u>not</u> make much difference now. The damage is already done and it is irreversible.

Included herein is a 4-page printout obtained from the PACER court-monitoring website on August 25, 2015 which was purchased for 10 cents per page and sent to Plaintiff by a PACER registered user. Also included is a copy of the emails between Plaintiff and the registered user who sent Plaintiff the PACER printout. At the top of Page 4 of the printout is Crespo's AC privileged email thereby confirming that despite being sealed by the Court, Plaintiff's confidential email is now a matter of <u>permanent</u> public record and for sale to anyone willing to pay for it. Plaintiff requests that this Notice be placed in the case file for future reference. Defendant has been copied.

Mailed to the Court on August 28, 2015.

                                              *Edward Crespo*
                                          Edward Crespo, *Pro Se* Plaintiff

## Let's go "PACER shopping"!
2 messages

**EDWARD CRESPO** <musicandmore20@gmail.com>  Wed, Aug 26, 2015 at 12:19 PM
To:

Please download privileged email [48-1] from the Pacer website and send it to me.

I will PAY whatever it costs

Thanks

Eddie

---

To: EDWARD CRESPO <musicandmore20@gmail.com>  Wed, Aug 26, 2015 at 12:22 PM

I did and I sent it to you yesterday. I attach it again.

And you're welcome.

# COMPOSITE EXHIBIT A

# EMAIL DATED MARCH 20, 2015

| | |
|---|---|
| **From:** | EDWARD CRESPO <musicandmore20@gmail.com> |
| **Sent:** | Friday, March 20, 2015 5:55 PM |
| **To:** | Karen Chen; Holiday Russell |
| **Subject:** | Fwd: voided 2013 form 1099 |

Ms. Chen,

Your response is exactly what I expected. And just like several other Junk Debt collectors before you who also got caught not play by the rules, including Valentine & Kebartas, Inc, the Brackfeld Law Group and few others, you will soon come to realize that I am NOT the kind of person you want to go up against in litigation....as well as outside the courtroom. Your company, Midland Credit Mgmt. and their parent company, Encore Capital Group as well as their former lawyer, J. Anthony Love from the firm of King & Spalding in Atlanta already learned that lesson the hard way. Now it's time for another lesson.

But please note that I do realize this type of nasty unpleasant business must still be a little hard for you to get used to. I can just imagine what it must have been like for you to have gone from a prestigious high-end international firm like DLA Piper, to a junk debt collection agency like Midland with the worst reputation in the entire industry. I'm sure it wasn't easy!

Nonetheless, you took the job so here it is, plain and simple.... This is second time that Midland has victimized me. The first time was when I caught that sneaky little boiler room debt collector in India committing TWO FELONY VIOLATIONS of both state and federal wiretap laws by illegally recording his debt collection call to me without first giving me the required disclosure. Rest assured, if this matter goes to trial, that recorded conversation WILL be played for the jury to show motive!

Now you've been caught in a LIE to the IRS, deliberately misrepresenting the time frame of the settlement which was obviously done in retaliation for my original lawsuit which I conservatively estimate to have cost Midland/Encore at least $70,000.00 all told. Deliberately causing me IRS problems for the sake of revenge and to cause me undue emotional distress, is grounds for punitive damages and you can be sure that I WILL seek them!

I strongly suggest that you or one of your superiors promptly get back to Mr. Russell in order to try to resolve this matter before it escalates into a full-blown media-involved litigation! At first, Valentine & Kebartas didn't take me seriously either and they found themselves the subject of my on-camera interview on WSVN Ch. 7 News for three nights in a row. If it becomes necessary for me to do that again, I WILL and this time it will be on a much larger scale. First Amendment Right of Free Speech and all that.

I hope you will not make the same stupid mistake that other lawyers have made about me in the past. I don't bluff....EVER!

Edward Crespo


---------- Forwarded message ----------
From: **Holiday Russell** <hhrussell@holidayrussell.onmicrosoft.com>
Date: Fri, Mar 20, 2015 at 3:36 PM
Subject: Fwd: voided 2013 form 1099

1

To: Eddy Crespo <musicandmore20@gmail.com>

And the gauntlet has been thrown down.

I think you should let this go. Everything in me tells me this is going to come back and bite you in the ass with the IRS.

Sometimes you gotta roll the hard six.

H

Sent from my iPhone

Begin forwarded message:

> **From:** Karen Chen <Karen.Chen@MCMCG.COM>
> **Date:** March 20, 2015 at 2:39:10 PM EDT
> **To:** "hhrussell@holidayrussell.com" <hhrussell@holidayrussell.com>
> **Subject: RE: voided 2013 form 1099**
>
> Holiday,
> To say the least, I am disappointed in your email, particularly in light of the extensive discussion we had on the matter a few days ago. While I completely disagree with the contentions in your email, I do not think it makes sense for me to take the time to respond in detail at this point, as I clearly set forth Midland's position on each of these issues during our recent call.
>
> Suffice to say, Midland will not be paying your client's demand. Upon receipt of suit, Midland will engage outside counsel on the matter, so please direct any future communications to Midland's outside counsel.
>
> Karen
>
> Karen Chen
> Senior Corporate Counsel
> Midland Credit Management, Inc.
> T: 858.309.9511
> F: 858.309.9454
>
> -----Original Message-----
> From: hhrussell@holidayrussell.com [mailto:hhrussell@holidayrussell.com]
> Sent: Friday, March 20, 2015 11:10 AM
> To: Karen Chen
> Subject: Re: voided 2013 form 1099
>
> Karen,
>
> I've talked with my client, and he's willing to reduce his settlement demand to $25,000. In light of our phone conversation, I believe your email below represents a tacit admission that Midland should not have issued the 1099 to begin with. Reviewing the facts in greater detail after our conversation, it is clear to me that when Midland issued the 1099 for 2013, it had no evidence of

2